**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ALICE GROOMS                                                                                         PLAINTIFF

v.                                                      3:06CV00130 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                            DEFENDANT

## ORDER

Defendant has filed a Motion to Remand this case pursuant to sentence four of 42 U.S.C. § 405(g) (1995):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand so that the she may conduct further proceedings in order to carefully re-evaluate Plaintiff's alleged disability during the relevant time period: September 1, 2001, Plaintiff's alleged onset date, through May 18, 2004, the date of the ALJ's final decision. Plaintiff replied that she had no objection to the requested remand. Under the circumstances, a sentence four remand is appropriate. *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

IT IS THEREFORE ORDERED that Defendant's Motion to Remand (docket entry #11) is hereby GRANTED. All other pending motions are hereby rendered moot. This is a sentence four remand. This dismissal is without prejudice to Plaintiff's subsequent filing for attorney's fees under the Equal Access to Justice Act.

DATED this 20th day of December, 2006.

_____
UNITED STATES MAGISTRATE JUDGE