## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ALICE GROOMS                                                                                              PLAINTIFF

v.                                            3:06CV00130 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                             DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 20th day of December, 2006.

_____
UNITED STATES MAGISTRATE JUDGE